FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 3 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL D. NICHOLSON, <br><br> Petitioner, <br><br> v. <br><br> A. K. SCRIBNER, Warden, <br><br> Respondent. | Case No. CV 05-4338-MMM (OP) <br><br> J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4.30.10

HONORABLE MARGARET M. MORROW
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge